**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DUSTIN YOUNGREN, <br><br>               Plaintiff, <br><br> v. <br><br><br> WILLIAMS-SONOMA, INC., <br><br>               Defendant. | Case No.: 1:25-cv-13400 <br><br> Hon. Thomas M. Durkin <br><br> **NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff DUSTIN YOUNGREN and Defendant WILLIAMS-SONOMA, INC., have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: April 16, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

/s/ David B. Reyes
By: David B. Reyes, Esq.
4903 Avenue N
Brooklyn NY 11234
O: 844-731-3343
D: 718-554-0237
Email: Dreyes@ealg.law